UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CONTINENTAL INSURANCE COMPANY,

                    Plaintiffs,

       -against-

SECURI ENTERPRISES, INC., et al.,

                    Defendants.
-----------------------------------------------------------x

ORDER
09 CV 3731 (ILG) (VVP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP - 9 2010 ★
BROOKLYN OFFICE

GLASSER, United States District Judge:

A Report and Recommendation of Magistrate Judge Pohorelsky, dated August 16, 2010, recommended that defendants' motion to transfer venue to the District of New Jersey be granted. Any objections were to be made within fourteen days, and that failure to do so waives the right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety. Accordingly, it is hereby ordered that defendants' motion to transfer venue to the District of New Jersey is granted.

     SO ORDERED.

Dated:     Brooklyn, New York
               September 8, 2010

                                       I. Leo Glasser